**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:19-cr-129-5 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| CIARA COOLEY | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw her not-guilty plea to Count One of the eight-count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on
whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in
custody until sentencing in this matter.  (Doc. 64.)  Neither party filed a timely objection to the
report and recommendation.  After reviewing the record, the Court agrees with the magistrate
judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the
magistrate judge's report and recommendation (*id.*) pursuant to 28 U.S.C. § 636(b)(1) and
**ORDERS** as follows:

(1)    Defendant's motion to withdraw her not-guilty plea to Count One of the Indictment
       is **GRANTED**;

(2)    Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
       Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until

sentencing; and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which

is scheduled to take place on **May 8, 2020 at 2:00 p.m. [EASTERN]**.

**SO ORDERED.**

> */s/Travis R. McDonough*
> **TRAVIS R. MCDONOUGH**
> **UNITED STATES DISTRICT JUDGE**